UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division
**Case Number:08-14107-CIV-MARTINEZ-LYNCH**

STEVEN M. ZERBE,
    Plaintiff,

vs.

SHERIFF KEN J. MASCARA,
CORRECTIONS OFFICER CHRIS
CHESLOCK, CORRECTIONS OFFICER
HOLMES, CORRECTIONS OFFICER PAUL
PEARSON and CORRECTIONS OFFICER
TODD,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LYNCH'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge for a Report and Recommendation on Defendants Cheslock, Holmes, Pearson and Todd's Motion to Dismiss the Complaint (D.E. No. 1-2) and Defendant Sheriff Mascara's Motion to Dismiss Count II of the Complaint (D.E. No. 5).  Magistrate Judge Lynch filed a Report and Recommendation, recommending that Defendants Cheslock, Holmes, Pearson, and Todd's motion to dismiss be granted without prejudice to Plaintiff filing an amended complaint and that Defendant Sheriff Mascara's motion to dismiss be denied.  Defendant Mascara filed objections to Magistrate Judge Lynch's Report and Recommendation, objecting to Magistrate Judge Lynch's recommendation that his motion should be denied and arguing that Count II does not sufficiently state a claim.  No other objections to the Report and Recommendation have been filed.

This Court has carefully considered the entire record and made a *de novo* review of the issues discussed in Defendant Mascara's objections. This Court agrees with Magistrate Judge Lynch's well-reasoned Report and Recommendation and finds that Count II sufficiently alleges a

section 1983 deliberate indifference claim against Defendant Mascara in his official capacity and not just a negligence claim.  The Court also affirms the dismissal without prejudice of the claims asserted against Defendants Cheslock, Holmes, Pearson, and Todd.  Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation **(D.E. No. 12)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that

1.    Defendants Cheslock, Holmes, Pearson and Todd's Motion to Dismiss the Complaint (D.E. No. 1-2) is **GRANTED**.  The claims against Defendants Cheslock, Holmes, Pearson, and Todd are **DISMISSED without prejudice**.

2.    Defendant Sheriff Mascara's Motion to Dismiss Count II of the Complaint (D.E. No. 5) is **DENIED**.[1]

3.    **On or before September 12, 2008**, Plaintiffs may file an Amended Complaint.[2] If no Amended Complaint is filed by the above deadline, this case shall proceed only against Defendant Mascara.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of August, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record

---

[1] The Court notes that it is troubled by Plaintiff's failure to respond to either of these motions to dismiss.  In the future, the Court will strictly enforce Local Rule 7.1C, which states that "[e]ach party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  Failure to do so may be deemed sufficient cause for granting the motion by default."

[2] If an Amended Complaint is filed, it will replace the original complaint, thus Plaintiff must also state its claims against Defendant Mascara in any amended pleading.  In filing an Amended Complaint, Plaintiff should carefully review Magistrate Judge Lynch's Report and Recommendation and correct all of the deficiencies noted in that Report.